IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 7 |
| | § | |
| Axon Rig Concept & Design, LLC, | § | Case No. 17-32332 (JB) |
| | § | |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** of the appearance of the undersigned attorneys, as counsel for Wells Fargo Bank, N.A. ("Wells Fargo"), who hereby enter appearances pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9019(b) and hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code that all notices, orders, judgments, requests, pleadings, applications, motions, complaints or demands, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail or otherwise in the above-captioned case, be given to, and served upon the following:

| | |
|---|---|
| William A. (Trey) Wood III | Jonathan Lozano |
| Bracewell LLP | Bracewell LLP |
| 711 Louisiana Street | 111 Congress Avenue |
| Suite 2300 | Suite 2300 |
| Houston, Texas 77002 | Austin, Texas 78701 |
| Telephone: (713) 221-2300 | Telephone: (512) 472-7800 |
| Facsimile: (800) 404-3970 | Facsimile: (800) 404-3970 |
| Email: Trey.Wood@bracewell.com | Email: Jonathan.Lozano@bracewell.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for notice and service of pleadings is not a submission by Wells Fargo to the jurisdiction of the Bankruptcy Court nor a waiver of its respective rights to (a) receive service of process for any complaint or subpoena; (b) have final orders in non-core matters entered after *de novo* review by a District Judge; (c) trial by

#5452708.1

jury in any proceeding so triable in these cases, controversies or proceedings related to these cases; (d) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (e) waive any other rights, claims, actions, defenses, setoffs or recoupments to which Wells Fargo is, or may be entitled, in law or in equity, all of which are expressly reserved.

        Respectfully submitted,

        **BRACEWELL LLP**

        By: /s/ *William A. (Trey) Wood III*
            William A. (Trey) Wood III
            Texas Bar No. 21916050
            Trey.Wood@bracewell.com
            711 Louisiana, Suite 2300
            Houston, Texas 77002
            Telephone: (713) 223-2300
            Facsimile: (713) 221-1212

        **COUNSEL FOR WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on April 20, 2017, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system.

        */s/ William A. (Trey) Wood III*
          William A. (Trey) Wood III