**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Axon Rig Concept & Design, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-32332** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1.   Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor | **Current value of debtor's interest**

**2.   Cash on hand** | _____

**3.   Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Amegy Bank Axon Rig Concept & Design LLC Checking Account** | **Checking account** | **8  8  2  9** | $0.00 |

**4.   Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)

**5.   Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
|---|

### Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| Debtor | **Axon Rig Concept & Design, LLC** | Case number (if known) | **17-32332** |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

---

## Part 3: Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

**11.** **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | $0.00 — $0.00 = ............➔ | | $0.00 |
| | face amount       doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $11,018.00 — $0.00 = ............➔ | | $11,018.00 |
| | face amount       doubtful or uncollectible accounts | | |

**12.** **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$11,018.00

---

## Part 4: Investments

**13.** **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17.** **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

## Part 5: Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor  **Axon Rig Concept & Design, LLC**                                    Case number (if known)  **17-32332**
　　　　　　Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| Rig substructure (scrap) and other materials. | | | **FMW** | $20,000.00 |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$20,000.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops—either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　　　☐ No
　　　　☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

| Debtor | **Axon Rig Concept & Design, LLC** | | Case number (if known) | **17-32332** |
| | Name | | | |

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Software | $40,488.00 | FMW | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $0.00 |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | $0.00 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor    **Axon Rig Concept & Design, LLC**             Case number (if known) **17-32332**
       Name

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.     **$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites | | | |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other Intangibles, or intellectual property | | | |
| Constuction Drawings related to two drilling rigs. | | FMV | **Unknown** |
| 65. Goodwill | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.     **$0.00**

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

Debtor  **Axon Rig Concept & Design, LLC**  Case number (if known) __17-32332__
       Name

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. **Notes receivable** |  |  |
| Description (include name of obligor) |  |  |
| 72. **Tax refunds and unused net operating losses (NOLs)** |  |  |
| Description (for example, federal, state, local) |  |  |
| Deferred Tax Asset (NOLs) $766,843 | Tax year _____ | $0.00 |
| 73. **Interests in insurance policies or annuities** |  |  |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |  |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |  |
| 76. **Trusts, equitable or future interests in property** |  |  |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |  |

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                                                 $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

Debtor   **Axon Rig Concept & Design, LLC**                     Case number (if known) __17-32332__
         Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $11,018.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $20,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*..................................➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column. 91a. | $31,018.00 + 91b. | $0.00 |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92.................................................................................  | $31,018.00 |

| Fill in this information to identify the case: |
| --- |

Debtor name      **Axon Rig Concept & Design, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number      **17-32332**
(if known)

☐ Check if this is an
    amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1:      List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| *Column A* | *Column B* |
| --- | --- |
| **Amount of claim** | **Value of collateral** |
| Do not deduct the | **that supports** |
| value of collateral. | **this claim** |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$37,366,788.00**

Debtor   **Axon Rig Concept & Design, LLC**      Case number (if known) **17-32332**

| Part 1: | Additional Page | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

**2.1** Creditor's name
**Amegy Bank**

           Describe debtor's property that is subject to a lien          **$0.00**       **$31,018.00**

Creditor's mailing address
**1100 Louisiana**

**All assets of the Debtor.**

Describe the lien

**All assets of the Debtor.**

**Houston**     **TX**     **77002**

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**For Amegy Bank Axon Rig Concept & Design LLC Checking Account: 1) Amegy Bank; 2) Cadence Bank; 3) Wells Fargo Bank N.A.. For Accounts Receivable for Dam Lamothe to be paid by Oiltec Sol: 1) Amegy Bank; 2) Cadence Bank; 3) Wells Fargo Bank N.A.. For Rig substructure (scrap) and other materials.: 1) Amegy Bank; 2) Cadence Bank; 3) Wells Fargo Bank N.A.. For Software: 1) Amegy Bank; 2) Cadence Bank; 3) Wells Fargo Bank N.A.. For Deferred Tax Asset (NOLs) $766,843: 1) Amegy Bank; 2) Cadence Bank; 3) Wells Fargo Bank N.A..**

Priority and allocation of the secured debt between the Lenders (Amegy Bank, Cadence Bank and Wells Fargo Bank, N.A.) is uncertain.

Debtor      Axon Rig Concept & Design, LLC                              Case number (if known) 17-32332

| Part 1: | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines<br>sequentially from the previous page. | | | |

**2.2**   Creditor's name                                    Describe debtor's property that is
         **Cadence Bank**                                    subject to a lien                              $0.00            $31,018.00

Creditor's mailing address                          **All assets of the Debtor.**
**1001 Fannin, Suite L-100**                        Describe the lien

                                                    **All assets of the Debtor.**

                                                    Is the creditor an insider or related party?
**Houston**              **TX    77002**             ☑ No
Creditor's email address, if known                  ☐ Yes

                                                    Is anyone else liable on this claim?
Date debt was incurred                              ☐ No
Last 4 digits of account                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
number                 ___ ___ ___ ___
                                                    As of the petition filing date, the claim is:
Do multiple creditors have an interest in           Check all that apply.
the same property?                                  ☐ Contingent
☐ No                                                ☐ Unliquidated
☑ Yes. Have you already specified the               ☐ Disputed
     relative priority?

    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is
         specified on lines  **2.1**

Priority and allocation of the secured debt between the Lenders (Amegy Bank, Cadence Bank and Wells Fargo Bank,
N.A.) is uncertain.

**2.3**   Creditor's name                                    Describe debtor's property that is
         **Wells Fargo Bank N.A.**                          subject to a lien                          $37,366,788.00       $31,018.00

Creditor's mailing address                          **All assets of the Debtor.**
**1000 Louisiana St., Ste. 300**                    Describe the lien

                                                    **All assets of the Debtor.**

                                                    Is the creditor an insider or related party?
**Houston**              **TX    77002**             ☑ No
Creditor's email address, if known                  ☐ Yes

                                                    Is anyone else liable on this claim?
Date debt was incurred                              ☐ No
Last 4 digits of account                            ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
number                 ___ ___ ___ ___
                                                    As of the petition filing date, the claim is:
Do multiple creditors have an interest in           Check all that apply.
the same property?                                  ☐ Contingent
☐ No                                                ☐ Unliquidated
☑ Yes. Have you already specified the               ☐ Disputed
     relative priority?

    ☐ No. Specify each creditor, including this
         creditor, and its relative priority.

    ☑ Yes. The relative priority of creditors is
         specified on lines  **2.1**

Priority and allocation of the secured debt between the Lenders (Amegy Bank, Cadence Bank and Wells Fargo Bank,
N.A.) is uncertain.

| Fill in this information to identify the case: |
|---|

| Debtor | **Axon Rig Concept & Design, LLC** |
|---|---|

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

| Case number (if known) | **17-32332** |
|---|---|

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
      If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

Total claim        Priority amount

Debtor   **Axon Rig Concept & Design, LLC**                                    Case number (if known)  **17-32332**

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,967.00** |

Ademero, Inc.

4798 South Florida Ave., Suite 331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Lakeland                    FL        33813-2181

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,342.80** |

Applied Machinery Corporation

20105 Krahn Road

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Spring                       TX        77388

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,683.47** |

Aspen Insurance

175 Capital Boulevard, Suite 100

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

Rocky Hill                   CT        06067

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,956.38** |

Axon Downhole Products, Inc.

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                      TX        77095

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Axon Rig Concept & Design, LLC** | Case number (if known) | **17-32332** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | | |
|---|---|---|
| **3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,065,920.14** |

Axon Drilling Products, Inc.

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77095

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,755.89** |

Axon Employee Holdings, Inc.

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77095

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,312,133.62** |

Axon EP, Inc.

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77095

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,402,214.39** |

Axon Pressure Products, Inc.

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston          TX      77095

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **Axon Rig Concept & Design, LLC** | Case number (if known) | **17-32332** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.9** Nonpriority creditor's name and mailing address

Axon Well Intervention Products, Inc.

8909 Jackrabbit Road

Houston        TX        77095

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$252,804.14

---

**3.10** Nonpriority creditor's name and mailing address

Bentley Sustaining Infrastructure

P.O. Box 828836

Philadelphia        PA        19182-8836

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$9,351.16

---

**3.11** Nonpriority creditor's name and mailing address

Drilling Controls, LLC

8909 Jackrabbit Road

Houston        TX        77095

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,882,080.89

---

**3.12** Nonpriority creditor's name and mailing address

DTC, LLC

1177 West Loop South, Suite 1550

Hoston        TX        77027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,103.15

---

| Debtor | **Axon Rig Concept & Design, LLC** | | Case number (if known) | **17-32332** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.13** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$2,193,436.00** |

**Energy Products Holding AS**

fka Axon Energy Products AS

8909 Jackrabbit Road

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77095 |

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>Check all that apply. | **Unknown** |

**Ensign International Energy Services**

450 Gears Road, Suite 777

☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Houston | TX | 77067 |

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$48,182.34** |

**Forum Energy Technologies**

10344 Sam Houston Park Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77064 |

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>Check all that apply. | **$589.97** |

**GS Hydro**

P.O. Box 974383

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**

| Dallas | TX | 75397-4383 |

Date or dates debt was incurred

Last 4 digits of account number   _ _ _ _

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Axon Rig Concept & Design, LLC | Case number (if known) | 17-32332 |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,516.25** |
|---|---|---|---|

Gulf Copper & Manufacturing

P.O. Box 4979

MSC# 400

Houston, TX77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☑ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

JH Walker Inc.

11404 Hempstead Rd.

Houston    TX    77092

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$845.00** |
|---|---|---|---|

K&L Gates LLP

1000 Main Street, Suite 2550

Houston    TX    77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,321.55** |
|---|---|---|---|

La Quinta Inn & Suites

9034 W. Sam Houston Pkwy N.

Houston    TX    77064

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Axon Rig Concept & Design, LLC** | Case number (if known) | **17-32332** |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.21** Nonpriority creditor's name and mailing address

**Michael J. Maloney & Associates LLP**

**3401 Allen Parkway, Suite 100**

**Houston**          **TX**     **77019**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$60,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Morgan, Lewis & Bockius LLP**

**1000 Louisiana, Suite 4200**

**Houston**          **TX**     **77002**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$44,719.52**

---

**3.23** Nonpriority creditor's name and mailing address

**Rexel**

**P.O. Box 120713**

**Dept 0713**

**Dallas**          **TX**     **75312-0713**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$5,043.28**

---

**3.24** Nonpriority creditor's name and mailing address

**Sino Image Limited**

**Unit D, 3/F, Freder Centre**

**3 Mok Cheong Street**

**Tokwawan, HONG KONG**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$36,620.00**

---

| Debtor | Axon Rig Concept & Design, LLC | Case number (if known) | 17-32332 |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
|---|---|

SLH Energy LLC (fka Screen Logix, LLC)

8909 Jackrabbit Road

_____

Houston                         TX        77095

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,663.58**

| 3.26 | Nonpriority creditor's name and mailing address |
|---|---|

Smith Drilling Systems, Ltd.

8909 Jackrabbit Road

_____

Houston                         TX        77095

Date or dates debt was incurred        _____

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,729.00**

Debtor   **Axon Rig Concept & Design, LLC**                          Case number (if known)   **17-32332**

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Ademero, Inc.**

   **4644 W. Gandy Blvd., Suite 4450**

   **Tampa**            **FL**     **33611-3300**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.2**   **DTI, LLC**

   **P.O. Box 204010**

   **Dallas**           **TX**     **75320-4010**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.3**   **Forum Energy Technologies**

   **P.O. Box 203325**

   **Dallas**           **TX**     **75320-3325**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.4**   **Forum Energy Technologies**

   **P.O. Box 203440**

   **Dallas**           **TX**     **75320-3440**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.5**   **Forum Energy Technologies**

   **8807 W. Sam Houston Pkwy N., Suite 200**

   **Houston**          **TX**     **77040**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

**4.6**   **GS Hydro**

   **16405 Air Center Blvd.**

   **Houston**          **TX**     **77032**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

| Debtor | **Axon Rig Concept & Design, LLC** | Case number (if known) | **17-32332** |

| Part 3: | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.7   **Gulf Copper & Manufacturing**<br>**2920 Todd Road**<br><br>**Galveston        TX        77554** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |
| 4.8   **Gulf Copper & Manufacturing**<br>**5700 Procter Street Extension**<br><br>**Port Arthur        TX        77642** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |
| 4.9   **K&L Gates LLP**<br>**925 Fourth Avenue, Suite 2900**<br><br>**Seattle        WA        98104-1158** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |
| 4.10   **Rexel**<br>**Rexel Summers**<br>**8042 Katy Freeway, Suite 100**<br><br>**Houston        TX        77024** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |
| 4.11   **Rexel**<br>**P.O. Box 844519**<br><br>**Dallas        TX        75284-4519** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |
| 4.12   **Rexel**<br>**P.O. Box 766**<br>**Attn: Credit Department**<br><br>**Addison        TX        75001-0766** | Line _____<br><br>☑ Not listed. Explain:<br>   **Notice Only** | __ __ __ __ |

Debtor   **Axon Rig Concept & Design, LLC**          Case number (if known)  **17-32332**

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**   Add the amounts of priority and nonpriority unsecured claims.

|  |  |  |  | **Total of claim amounts** |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. |  | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. | **+** | **$31,453,979.52** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |  | **$31,453,979.52** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Axon Rig Concept & Design, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-32332** |
| | Chapter **7** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name   **Axon Rig Concept & Design, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32332**
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1.   **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

2.   In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1   **ARCD, LLC** | 8909 Jackrabbit Road<br>Number    Street<br><br>Houston    **TX**    77095<br>City    State  ZIP Code | Wells Fargo Bank N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2   **ARCD, LLC** | 8909 Jackrabbit Road<br>Number    Street<br><br>Houston    **TX**    77095<br>City    State  ZIP Code | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3   **ARCD, LLC** | 8909 Jackrabbit Road<br>Number    Street<br><br>Houston    **TX**    77095<br>City    State  ZIP Code | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4   **Axon Canadian Holdings, Inc.** | 8909 Jackrabbit Road<br>Number    Street<br><br>Houston    **TX**    77095<br>City    State  ZIP Code | Wells Fargo Bank N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.5   **Axon Canadian Holdings, Inc.** | 8909 Jackrabbit Road<br>Number    Street<br><br>Houston    **TX**    77095<br>City    State  ZIP Code | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Axon Rig Concept & Design, LLC**                    Case number (if known)   **17-32332**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.6 **Axon Canadian Holdings, Inc.** | **8909 Jackrabbit Road**<br>Number    Street<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 **Axon Downhole Products, Inc. (Alberta)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 **Axon Downhole Products, Inc. (Alberta)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 **Axon Downhole Products, Inc. (Alberta)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 **Axon Downhole Products, Inc. (Texas)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 **Axon Downhole Products, Inc. (Texas)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.12 **Axon Downhole Products, Inc. (Texas)** | **fka Axon Downhole Tools, Inc.**<br>Number    Street<br>**8909 Jackrabbit Road**<br><br>**Houston**       **TX**   **77095**<br>City              State   ZIP Code | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Axon Rig Concept & Design, LLC**                         Case number (if known)   **17-32332**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| **2.13  Axon EP, Inc.** | **8909 Jackrabbit Road**<br>Number       Street | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.14  Axon EP, Inc.** | **8909 Jackrabbit Road**<br>Number       Street | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.15  Axon EP, Inc.** | **8909 Jackrabbit Road**<br>Number       Street | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.16  Axon France SAS** | **8909 Jackrabbit Road**<br>Number       Street | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.17  Axon France SAS** | **8909 Jackrabbit Road**<br>Number       Street | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.18  Axon France SAS** | **8909 Jackrabbit Road**<br>Number       Street | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |
| **2.19  Axon Pressure Products - Houma, LLC** | **8909 Jackrabbit Road**<br>Number       Street | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX   77095**<br>State   ZIP Code | | |

Debtor   **Axon Rig Concept & Design, LLC**          Case number (if known)   **17-32332**

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | Column 2: Creditor | |
|---|---|---|---|---|
| | | | | Check all schedules that apply: |
| **Name** | **Mailing address** | | **Name** | |
| 2.20 **Axon Pressure Products - Houma, LLC** | 8909 Jackrabbit Road<br>Number      Street | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.21 **Axon Pressure Products - Houma, LLC** | 8909 Jackrabbit Road<br>Number      Street | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.22 **Axon Pressure Products Canada, Inc.** | 8909 Jackrabbit Road<br>Number      Street | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.23 **Axon Pressure Products Canada, Inc.** | 8909 Jackrabbit Road<br>Number      Street | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.24 **Axon Pressure Products Canada, Inc.** | 8909 Jackrabbit Road<br>Number      Street | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.25 **Axon Pressure Products, Inc.** | 8909 Jackrabbit Road<br>Number      Street | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |
| 2.26 **Axon Pressure Products, Inc.** | 8909 Jackrabbit Road<br>Number      Street | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | Houston<br>City | TX   77095<br>State   ZIP Code | | |

Debtor  **Axon Rig Concept & Design, LLC**          Case number (if known)  **17-32332**

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|

| | | | Check all schedules that apply: |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | |
| 2.27 **Axon Pressure Products, Inc.** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Cadence Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.28 **Axon Pressure Products, Inc.** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Aspen Insurance** | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.29 **Axon Well Intervention Holdings AS** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Amegy Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.30 **Axon Well Intervention Holdings AS** | **8909 Jackrabbit Road** <br> Number    Street <br> **Houston, TX 77095** <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Cadence Bank** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.31 **Axon Well Intervention Holdings AS** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Wells Fargo Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.32 **Axon Well Intervention Products, Inc.** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Wells Fargo Bank N.A.** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.33 **Axon Well Intervention Products, Inc.** | **8909 Jackrabbit Road** <br> Number    Street <br><br> **Houston**          **TX**   **77095** <br> City                        State   ZIP Code | **Amegy Bank** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Axon Rig Concept & Design, LLC**                    Case number (if known)  **17-32332**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | | | Column 2: Creditor | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
| 2.34 **Axon Well Intervention Products, Inc.** | **8909 Jackrabbit Road**<br>Number   Street | | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.35 **Drilling Controls, LLC** | **8909 Jackrabbit Road**<br>Number   Street | | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.36 **Drilling Controls, LLC** | **8909 Jackrabbit Road**<br>Number   Street | | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.37 **Drilling Controls, LLC** | **8909 Jackrabbit Road**<br>Number   Street | | | **Wells Fargo Bank N.A.** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.38 **Energy Products Holdings AS** | **fka Axon Energy Products AS**<br>Number   Street<br>**8909 Jackrabbit Road** | | | **Amegy Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.39 **Energy Products Holdings AS** | **fka Axon Energy Products AS**<br>Number   Street<br>**8909 Jackrabbit Road** | | | **Cadence Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |
| 2.40 **Energy Products Holdings AS** | **fka Axon Energy Products AS**<br>Number   Street<br>**8909 Jackrabbit Road** | | | **Aspen Insurance** | ☐ D<br>☑ E/F<br>☐ G |
| | **Houston**<br>City | **TX**<br>State | **77095**<br>ZIP Code | | |

Debtor   **Axon Rig Concept & Design, LLC**                   Case number (if known)   **17-32332**

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

| | Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.41 | Pressure Holdings, Inc. | 8909 Jackrabbit Road <br> Number    Street <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Amegy Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.42 | Pressure Holdings, Inc. | 8909 Jackrabbit Road <br> Number    Street <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Cadence Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.43 | Pressure Holdings, Inc. | 8909 Jackrabbit Road <br> Number    Street <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Wells Fargo Bank N.A. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.44 | SLH Energy, LLC | fka Screen Logix LLC <br> Number    Street <br> 8909 Jackrabbit Road <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Amegy Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.45 | SLH Energy, LLC | fka Screen Logix LLC <br> Number    Street <br> 8909 Jackrabbit Road <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Cadence Bank | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.46 | SLH Energy, LLC | fka Screen Logix LLC <br> Number    Street <br> 8909 Jackrabbit Road <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Wells Fargo Bank N.A. | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.47 | Smith Drilling Systems LTD | (British Virgin Islands) <br> Number    Street <br> 8909 Jackrabbit Road <br><br> Houston            TX    77095 <br> City                State  ZIP Code | Amegy Bank | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    __Axon Rig Concept & Design, LLC__    Case number (if known) __17-32332__

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|

| | **Name** | **Mailing address** | | | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|---|---|

**2.48**  **Smith Drilling Systems LTD**

(British Virgin Islands)
Number        Street

**8909 Jackrabbit Road**

**Houston**                 **TX**     **77095**
City                       State     ZIP Code

**Wells Fargo Bank N.A.**

☑ D
☐ E/F
☐ G

**2.49**  **Smith Drilling Systems Ltd.**

(British Virgin Islands)
Number        Street

**8909 Jackrabbit Road**

**Houston**                 **TX**     **77095**
City                       State     ZIP Code

**Cadence Bank**

☑ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor Name  **Axon Rig Concept & Design, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  **17-32332**

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.  Real property:
   Copy line 88 from Schedule A/B................................................................................................... | **$0.00**

   1b.  Total personal property:
   Copy line 91A from Schedule A/B.................................................................................................. | **$31,018.00**

   1c.  Total of all property
   Copy line 92 from Schedule A/B..................................................................................................... | **$31,018.00**

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................... | **$37,366,788.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... | **$0.00**

   3b.  Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | **+   $31,453,979.52**

4. **Total liabilities**
   Lines 2 + 3a + 3b.......................................................................................................................... | **$68,820,767.52**

---

**Fill in this information to identify the case and this filing:**

Debtor Name    **Axon Rig Concept & Design, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-32332**
(if known)

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/01/2017**          X _____
          MM / DD / YYYY                      Signature of individual signing on behalf of debtor

**Jeff Merecka**
Printed name

**CFO**
Position or relationship to debtor