UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 17-32332-H4-7 |
| | § | |
| Axon Rig Concept & Design, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $20,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $11,662.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $86,826.06 | | |

3) Total gross receipts of $98,488.14 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $98,488.14 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $39,478,446.64 | $38,401,004.29 | $11,662.08 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $105,316.56 | $96,239.58 | $86,826.06 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $8,425,437.25 | $8,425,437.25 | $0.00 |
| **Total Disbursements** | $0.00 | $48,034,200.45 | $46,922,681.12 | $98,488.14 |

4). This case was originally filed under chapter 7 on 04/17/2017. The case was pending for 42 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/07/2020</u>          By:  <u>/s/ Rodney D. Tow</u>
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables | 1121-000 | $10,988.14 |
| Settlement with Gulf Copper | 1249-000 | $87,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$98,488.14** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PEP Axon Finance Holdco, LLC | 4110-000 | $0.00 | $38,401,004.29 | $38,401,004.29 | $11,662.08 |
| 2 | Montgomery County | 4110-000 | $0.00 | $579,017.43 | $0.00 | $0.00 |
| 3 | Harris County et al. | 4110-000 | $0.00 | $496,909.16 | $0.00 | $0.00 |
| 4 | Cypress Fairbanks Independent School District | 4110-000 | $0.00 | $1,515.76 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$39,478,446.64** | **$38,401,004.29** | **$11,662.08** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Rodney D. Tow, Trustee | 2100-000 | NA | $50,000.00 | $50,000.00 | $40,586.48 |
| Rodney D. Tow, Trustee | 2200-000 | NA | $39.32 | $39.32 | $39.32 |
| International Sureties | 2300-000 | NA | $29.97 | $29.97 | $29.97 |
| Integrity Bank | 2600-000 | NA | $52.58 | $52.58 | $52.58 |
| 08/28/2020 #153, Attorney for Trustee | 3210-000 | NA | $48,212.50 | $39,135.52 | $39,135.52 |
| 08/28/2020 #153, Attorney for Trustee | 3220-000 | NA | $1,311.94 | $1,311.94 | $1,311.94 |
| WILLIAM G. WEST, Accountant for | 3410-000 | NA | $4,278.00 | $4,278.00 | $4,278.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Trustee | | | | | |
| WILLIAM G. WEST, Accountant for Trustee | 3420-000 | NA | $92.25 | $92.25 | $92.25 |
| Thompson Coe, Arbitrator/Mediator for Trustee | 3721-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $105,316.56 | $96,239.58 | $86,826.06 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 5 | Quest Hospitality LLC | 7100-000 | $0.00 | $13,053.65 | $13,053.65 | $0.00 |
| 6 | AIG Ins. Co. of Canada a/s/o Ensign Energy Service | 7100-000 | $0.00 | $1,119,313.84 | $1,119,313.84 | $0.00 |
| 7 | Zurich Ins. Co., Ltd. a/s/o Ensign Energy Services | 7100-000 | $0.00 | $1,119,313.83 | $1,119,313.83 | $0.00 |
| 8 | Sino Image, Ltd. | 7100-000 | $0.00 | $40,503.34 | $40,503.34 | $0.00 |
| 9 | Gulf Copper & Manufacturing | 7100-000 | $0.00 | $6,058,535.00 | $6,058,535.00 | $0.00 |
| 10 | Aspen American Insurance Company | 7100-000 | $0.00 | $34,717.59 | $34,717.59 | $0.00 |
| 11 | Michael J. Maloney & Associates, LLP | 7100-000 | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $8,425,437.25 | $8,425,437.25 | $0.00 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 17-32332-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | §341(a) Meeting Date: | 06/20/2017 |
| | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Amegy Bank Axon Rig Concept & Design LLC Checking Account XXXX8829 | $0.00 | $0.00 | | $0.00 | FA |
| 2  Accounts Receivables | $11,018.00 | $10,988.14 | | $10,988.14 | FA |
| 3  Rig structure (scrap) and other materials | $20,000.00 | $20,000.00 | | $0.00 | FA |
| 4  Settlement with Gulf Copper   (u) | $0.00 | $250,000.00 | | $87,500.00 | FA |

**Asset Notes:**   2/28/2019 #129

**TOTALS (Excluding unknown value)**

|  | $31,018.00 | $280,988.14 | | $98,488.14 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/30/2019   JW-CLAIMS ARE BEING REVIEWED AND PREPARING FOR TFR TO BE SUBMITTED.

01/25/2018   RT:  I'm looking for a firm to evaluate the claim.

01/24/2018   RT:  Today, I sent aa series of emails asking for funding for Kyung, and asking for Trey to provide his documents that show Wells Fargo has a valid lien on the litigation.  I also sent the bond attorney an email requesting an explanation how the compromise impedes the bonding company's liability under the bond.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 17-32332-H4-7 | | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- | --- |
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | | | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | | | §341(a) Meeting Date: | 06/20/2017 |
| | | | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

01/24/2018   RT email to Mitch Buchman

I do not object.

Thanks

Rodney
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

Conference Line:  281-429-8305
Conference ID:  71378

From: Mitchell Buchman [mailto:MitchelB@bdfgroup.com]
Sent: Wednesday, January 24, 2018 1:29 PM
To: Rodney Tow <rtow@rtowtrustee.com>
Subject: FW: Case # 17-80316; Harvey and Brenda Cook

I represent Bank of America, N.A.  My client holds a secured claim against the debtors.  The collateral is a 2013 Lacrosse Trailer, model # T323RSY.  Attached is a copy of the Retail Contact and title.  The trailer is listed on the debtor's schedules valued at $30,000.00.  My client's claim totals $31,016.33.  The property is not listed as exempt.

My client has referred this matter to my office for the filing of a motion for relief.  Do you oppose relief?

Mitchell J. Buchman
Senior Attorney
Barrett Daffin Frappier Turner & Engel, LLP
1900 St. James Place, Suite 500
Houston, Texas 77056
(713) 693-2014
(713) 693-2011 (FAX)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| Case No.: | 17-32332-H4-7 | | | Trustee Name: | Rodney Tow |
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | | | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | | | §341(a) Meeting Date: | 06/20/2017 |
| | | | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

mitchelb@bdfgroup.com

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Notice of Confidentiality
This e-mail message and attachments, if any, are intended solely for the use of the addressee hereof. In addition, this message and attachments, if any, may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating, or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by e-mail and immediately delete this message from your system.

09/30/2017   JW-TRUSTEE WITHDREW HIS NO ASSET REPORT. THE TRUSTEE IS CURRENTLY WORKING ON A SETTLEMENT OF GULF COPPER CLAIMS
08/22/2017   RT sent JK email with Gulf Copper offer
07/28/2017   RT -- after speaking with JK I have decided to close this as a no asset case.
07/28/2017   RT email to Wells Fargo

Mr. Laser and Fults,

We received an approximate $10,000 check. I want to close this case. Since Wells Fargo has a lien on these funds, where do we send the check?

Thanks

Rodney
Rodney Tow, PLLC
1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

Conference Line:  281-429-8305
Conference ID:  71378

06/20/2017   N.O. I ask Julie to review this case, however they had a problem getting docs. to us of course this was on this Monday. The statements are a Big Mess Most everthing is blacked out get him to tell you why.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4    Exhibit 8

| Case No.: | 17-32332-H4-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | §341(a) Meeting Date: | 06/20/2017 |
| | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/20/2017    RT 341 Notes--Hold open as an asset case.  I need counsel.  The debtor has a $20mm counterclaim against Gulf Copper who has a $4mm claim against the debtor.  There is a creditor group including Wells Fargo and Amegy that have a secured claim for $37million and they will likely claim a security interest in the $20mm.  There is a dispute whether the bond covering Gulf Copper still exists.  Gulf Copper says its claim is larger than $4mm

Tim is going to upload redacted bank statements and we can discuss if we want the full statement.  They are redacted because it is a consolidated account with multiple non-debtor entities being paid from it and the principals do not want the nondebtor payees disclosed.  I told them I would agree to a confidentiality order.  WE WILL NOT DISCLOSE THE BANK STATEMENTS OTHER THAN FOR OUR USE WITHOUT NOTIFYING TIM UNLESS WE NEED THEM IN A HEARING.

the debtor changed ownership in 2015 and closed in 2016.  I don't know if the owner change is important.

They will send me a corporate chart.

06/15/2017    RT 341 Review--$31k in potential assets but $37mm in debt.  This will be a no asset case.

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5       Exhibit 8

| Case No.: | 17-32332-H4-7 | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- |
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | §341(a) Meeting Date: | 06/20/2017 |
| | | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

05/26/2017   RT--email with Jeff Hoffman

Thank You.  My number is 210-414-8851.  I have to be in Laredo that day, but will calendar myself to be available between 3:30 and 5:00 for your call.

Sincerely,


Jim Hoffman
Clemens & Spencer
112 E. Pecan - Ste. 1300
San Antonio, Texas 78205
210/227-7121
210/227-0732 FAX
hoffmanj@clemens-spencer.com
www.clemens-spencer.com

THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR OTHERWISE CONFIDENTIAL.  ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT IS UNAUTHORIZED.  IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.


From: Rodney Tow [mailto:rtow@rtowtrustee.com]
Sent: Thursday, May 25, 2017 4:07 PM
To: James A Hoffman
Subject: RE: Axon 341 case 17-32332

You can appear telephonically.  Send me your number and I will call you.  Sometimes these panels run behind so it may not actually start at 3:30

Thanks

Rodney
Rodney Tow, PLLC

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 6   Exhibit 8

| Case No.: | 17-32332-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | Date Filed (f) or Converted (c): | 04/17/2017 (f) |
| For the Period Ending: | 10/7/2020 | §341(a) Meeting Date: | 06/20/2017 |
|  |  | Claims Bar Date: | 09/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

1122 Highborne Cay Court
Texas City, Texas 77590
281-429-8300

Conference Line: 281-429-8305
Conference ID: 71378

From: James A Hoffman [mailto:hoffmanj@clemens-spencer.com]
Sent: Tuesday, May 23, 2017 10:45 AM
To: Rodney Tow <rtow@rtowtrustee.com>
Subject: Axon 341 case 17-32332

Dear Mr. Tow: Hope all is going well. I filed a notice of appearance in this case and received notice of your appointment as trustee. Does it appear that you will be able to serve, as the 2 prior appointments resigned? I realize it is early in your appointment, but I have a conflict for the 341 setting of June 20. Is there a means by which I can attend the 341 telephonically? Thank you for your time and professional courtesies.

Sincerely,

Jim Hoffman
Clemens & Spencer
112 E. Pecan - Ste. 1300
San Antonio, Texas 78205
210/227-7121
210/227-0732 FAX
hoffmanj@clemens-spencer.com
www.clemens-spencer.com

THIS ELECTRONIC MAIL MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE OR OTHERWISE CONFIDENTIAL. ANY DISSEMINATION, COPYING OR USE OF THIS E-MAIL BY OR TO ANYONE OTHER THAN THE DESIGNATED AND INTENDED RECIPIENT IS UNAUTHORIZED. IF YOU HAVE RECEIVED THIS MESSAGE IN ERROR, PLEASE DELETE IT FROM YOUR SYSTEM IMMEDIATELY.

| Initial Projected Date Of Final Report (TFR): | 06/20/2019 | Current Projected Date Of Final Report (TFR): | 10/20/2019 | /s/ RODNEY TOW |
|---|---|---|---|---|
|  |  |  |  | RODNEY TOW |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-32332-H4-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1397 | | Checking Acct #: | ******2332 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 4/17/2017 | | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 10/7/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/21/2017 | (2) | AXON PRESSURE PRODUCTS,INC | RECEIVABLES | 1121-000 | $10,988.14 | | $10,988.14 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $4.21 | $10,983.93 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.32 | $10,967.61 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $16.30 | $10,951.31 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $15.75 | $10,935.56 |
| 10/30/2017 | 3001 | Wells Fargo Bank, N.A. | Secured Lien | 4110-000 | | $10,935.56 | $0.00 |
| 03/09/2018 | 3001 | STOP PAYMENT: Wells Fargo Bank, N.A. | Secured Lien | 4110-004 | | ($10,935.56) | $10,935.56 |
| 10/19/2018 | 3002 | International Sureties | Bond Payment | 2300-000 | | $3.76 | $10,931.80 |
| 11/19/2018 | 3002 | STOP PAYMENT: International Sureties | Stop Payment for Check# 3002 | 2300-004 | | ($3.76) | $10,935.56 |
| 11/19/2018 | 3003 | International Sureties | Bond Payment | 2300-000 | | $3.76 | $10,931.80 |
| 01/14/2019 | 3004 | Thompson Coe | Mediator Fee | 3721-000 | | $1,300.00 | $9,631.80 |
| 01/18/2019 | (4) | GULF COPPER | GULF COPPER SUIT | 1249-000 | $3,500.00 | | $13,131.80 |
| 03/20/2019 | (4) | Weinstein Radcliff Pipkin LLP | 2/28/2019 #129 | 1249-000 | $28,000.00 | | $41,131.80 |
| 03/20/2019 | (4) | Gulf Cooper Manufacturing Corp | 2/28/2019 #129 | 1249-000 | $28,000.00 | | $69,131.80 |
| 04/02/2019 | (4) | APP | 2/28/2019 #129 | 1249-000 | $28,000.00 | | $97,131.80 |
| 04/16/2019 | 3005 | DIAMOND MCCARTHY LLP | 3/13/2019 #134 | 3210-000 | | $25,000.00 | $72,131.80 |
| 04/23/2019 | 3005 | VOID: DIAMOND MCCARTHY LLP | Check Voided the funds were taken from a retainer | 3210-003 | | ($25,000.00) | $97,131.80 |
| 06/04/2019 | 3006 | WILLIAM G. WEST | 6/3/2019 #138 | 3410-000 | | $4,278.00 | $92,853.80 |
| 06/04/2019 | 3007 | WILLIAM G. WEST | 6/3/2019 #138 | 3420-000 | | $92.25 | $92,761.55 |
| 11/08/2019 | 3008 | International Sureties | Bond Payment October 2019 to October 2020 | 2300-000 | | $26.21 | $92,735.34 |
| 12/28/2019 | 3009 | Cooper and Scully, PC | 12/21/2019 #145 | 3210-000 | | $31,861.00 | $60,874.34 |
| 08/28/2020 | 3010 | Cooper & Scully, PC | Distribution on Claim #: ; | 3220-000 | | $1,311.94 | $59,562.40 |
| 08/28/2020 | 3010 | VOID: Cooper & Scully, PC | | 3220-003 | | ($1,311.94) | $60,874.34 |
| 08/28/2020 | 3011 | Cooper and Scully, PC | Distribution on Claim #: ; | 3210-000 | | $7,274.52 | $53,599.82 |
| 08/28/2020 | 3011 | VOID: Cooper and Scully, PC | | 3210-003 | | ($7,274.52) | $60,874.34 |
| 08/28/2020 | 3012 | Rodney D. Tow | Trustee Compensation | 2100-000 | | $40,586.48 | $20,287.86 |
| 08/28/2020 | 3013 | Rodney D. Tow | Trustee Expenses | 2200-000 | | $39.32 | $20,248.54 |

SUBTOTALS     $98,488.14     $78,239.60

Page No: 2 Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-32332-H4-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1397 | Checking Acct #: | ******2332 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 4/17/2017 | Blanket bond (per case limit): | $89,692,000.00 |
| For Period Ending: | 10/7/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/28/2020 | 3014 | PEP Axon Finance Holdco, LLC | Distribution on Claim #: 1; | 4110-000 | | $11,662.08 | $8,586.46 |
| 08/28/2020 | 3015 | Cooper & Scully, PC | 08/28/2020 #153 | * | | $8,586.46 | $0.00 |
| | | | 08/28/2020 #153           $(1,311.94) | 3220-000 | | | $0.00 |
| | | | 08/28/2020 #153           $(7,274.52) | 3210-000 | | | $0.00 |
| | | | **TOTALS:** | | $98,488.14 | $98,488.14 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $98,488.14 | $98,488.14 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $98,488.14 | $98,488.14 | |

| For the period of 4/17/2017 to 10/7/2020 | | For the entire history of the account between 06/21/2017 to 10/7/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $98,488.14 | Total Compensable Receipts: | $98,488.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,488.14 | Total Comp/Non Comp Receipts: | $98,488.14 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $98,488.14 | Total Compensable Disbursements: | $98,488.14 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,488.14 | Total Comp/Non Comp Disbursements: | $98,488.14 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: | 17-32332-H4-7 |
| Case Name: | AXON RIG CONCEPT & DESIGN, LLC |
| Primary Taxpayer ID #: | **-***1397 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/17/2017 |
| For Period Ending: | 10/7/2020 |

| | |
|---|---|
| Trustee Name: | Rodney Tow |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2332 |
| Account Title: | Checking |
| Blanket bond (per case limit): | $89,692,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $98,488.14 | $98,488.14 | $0.00 |

**For the period of 4/17/2017 to 10/7/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $98,488.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,488.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,488.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,488.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/17/2017 to 10/7/2020**

| | |
|---|---:|
| Total Compensable Receipts: | $98,488.14 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $98,488.14 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $98,488.14 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $98,488.14 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ RODNEY TOW

RODNEY TOW